**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.:** 0:21-cv-61732-RS

MAAZ ISRAR,

    Plaintiff,

v.

ANDREU, PALMA, LAVIN & SOLIS, PLLC,

    Defendant.

_____/

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **12-05-2022**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Tuesday**, **11-30-2022**. The Parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motion to amend the complaint by **10-21-2021**.

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by **10-05-2021**.

3. Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by **06-10-2022**.

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by **07-07-2022**.

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ P. 26(a)(2) by **08-22-2022**.

6. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by **09-22-2022**.

7. Fact discovery shall be completed by **07-11-2022**.

8. Expert discovery shall be completed by **07-11-2022**.

9. Mediation shall be completed by **02-04-2022**.

10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by **09-18-2022**.

11. Deposition designation and counter designations shall be filed by **09-06-2022**. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

12. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by **03-04-2022**. All motions *in limine* and the responses shall be limited to one page per issue.

13. Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **09-06-2022**. When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections.

14. Electronic versions of documentary exhibits and Certificates of Compliance re: Admitted Evidence shall be filed on CM/ECF by **11-15-2022**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on _____, 2021.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:

All Counsel of Record