UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-cv-61732-RS

MAAZ ISRAR,

    Plaintiff,

v.

ANDREU, PALMA, LAVIN & SOLES, PLLC,

    Defendant.
_____/

## JOINT NOTICE OF SCHEDULING MEDIATION

Plaintiff Maaz Israr and Defendant Andreu, Palma, Lavin & Soles, PLLC (collectively, the "Parties") hereby advise this Court that the Parties have agreed upon the selection of Barbara Locke, to mediate this matter. Mediation will be conducted via Zoom and/or other remote means at 10:00 A.M. on January 5, 2022.

DATED:        November 9, 2021

Respectfully Submitted,

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/ John Michael Marees, II |
| **JIBRAEL S. HINDI, ESQ.** | **John Michael Marees, Esq.** |
| Florida Bar No.: 118259 | E-mail: jmarees@messerstrickler.com |
| E-mail: jibrael@jibraellaw.com | 12276 San Jose Blvd. |
| **THOMAS J. PATTI, ESQ.** | Suite 718 |
| Florida Bar No.: 118377 | Jacksonville, FL 32223 |
| E-mail: tom@jibraellaw.com | Tel: 904-527-1172 |
| The Law Offices of Jibrael S. Hindi | |
| 110 SE 6th Street, Suite 1744 | |
| Fort Lauderdale, Florida 33301 | |
| Phone: 954-907-1136 | |
| Fax:    855-529-9540 | |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENSE* |